No. 92–1181. BYRUM ET AL. *v.* BEAR INVESTMENT CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–1182. EWALD *v.* VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–1184. ARENELLA *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 92–1187. ALBERT *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 92–1191. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* USX CORP. C. A. 11th Cir. Certiorari denied.

No. 92–1192. WALKER *v.* CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 92–1195. MORRIS *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 92–1218. GARRETT *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 92–1240. PARILLO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–1242. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–1264. SOTIR ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–1285. TINSLEY ET AL. *v.* AMERICAN PRESIDENT LINES, LTD. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92–1291. FROHLICH *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 92–6002. DUGAN *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.